**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Betty J. Williams,**

**Plaintiff,**

**v.**

**North Metro Minneapolis**
**Convention and Visitors Bureau,**

**Defendant.**

**Civil No. 01-2311 (JMR/SRN)**

**NOTICE OF HEARING**

---

Plaintiff's Motion to Extend Discovery previously scheduled for January 14, 2003, at 3:00 p.m. will now be heard before Magistrate Judge Susan Richard Nelson on January 21, 2003, at 3:15 p.m. in Courtroom 230C, Federal Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 14, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

JAN 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK