UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2311(JMR)

| | | |
|---|---|---|
| Betty J. Williams | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| North Metro Minneapolis | ) | |
| Convention and Visitors Bureau | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on October 3, 2003. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

Defendant's motion [Docket No. 8] is denied.

Dated: October 7th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED OCT - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS