UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2311 (JMR/SRN)

Betty Williams )
)
v. ) ORDER
)
North Metro Minneapolis Convention )
and Visitor's Bureau. )

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED THAT:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 24, 2004

S/ JAMES M. ROSENBAUM,
JAMES M. ROSENBAUM, Chief
United States District Judge